AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JESSICA SANCHEZ-TORRES, Individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FILADELFO SANCHEZ aka JORGE SANCHEZ et al. <br><br> *Defendant(s)* | Civil Action No. 19-cv-4222-VSB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FILADELFO SANCHEZ aka JORGE SANCHEZ, ALEJO SANCHEZ, JOANNA SANCHEZ, Individually and TACO MIX LLC, TACO MIX II LLC, TACO MIX III LLC, TACO MIX OF INDUSTRY CITY LLC, TACO MIX DELANCEY LLC, TACO MIX OF QUEENS LLC d/b/a TACO MIX

234 East 116th Avenue, New York, NY 10029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Darren Rumack
The Klein Law Group
39 Broadway Suite 1530
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*