

# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN, TILLES & RUMACK
39 BROADWAY
SUITE 1530
NEW YORK, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301

www.thekleinlawgroup.com

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

———

XIAN-MING LEI†
STEVEN G. DAVIS
MATTHEW LEVINE
PETER VEKIARELIS

———

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admittied in District of Columbia

September 29, 2020

Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Sanchez-Torres v. Sanchez et al.**
              **19-cv-4222-VSB**

Your Honor:

Pursuant to your order dated September 9, 2020, please see the attached revised settlement agreement for the Court's review and approval with modified release language.

Both parties have authorized the revised release language and provided authority to use their previously obtained signatures.

We thank the Court for its assistance in this matter.

Respectfully,

**The Klein Law Group P.C.**

/s/ Darren Rumack
Darren Rumack, Esq.
Attorneys for Plaintiff
39 Broadway Suite 1530
New York, NY 10004
212-344-9022

c.c.    Rudy A. Dermesropian (via ECF)