```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
JESSICA SANCHEZ-TORRES,                               :
                                                      :
                              Plaintiff,              :
                                                      :        19-CV-4222 (VSB)
               -v-                                    :
                                                      :              ORDER
                                                      :
FILADELFO SANCHEZ, et al.,                            :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Before me is a revised settlement agreement for approval pursuant to the Fair Labor Standards Act ("FLSA"). (Doc. 31.) It is hereby

ORDERED that a status conference will be held in this matter on February 15, 2022 at 3:00 p.m. via telephone, using the dial-in 888-363-4749 and the access code 2682448.

The parties should come prepared to explain the revision and the means by which the parties have authorized the revised agreement, including a clarification about whose initials appear on page 4 of the revised settlement agreement.

SO ORDERED.

Dated:    February 9, 2022
          New York, New York

_____
Vernon S. Broderick
United States District Judge